IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MILTON STEWART, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05-2302-M1/V |
| KTG (USA) LP, | ) ) ) |
| Defendant. | ) |

### SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates have been established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):**

Tuesday, January 3, 2006
~~Monday, January 2, 2006.~~

**JOINING PARTIES:**

Thursday, February 2, 2006

**AMENDING PLEADINGS:**

Thursday, February 2, 2006

**INITIAL MOTIONS TO DISMISS:**

Thursday, March 2, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-20-05

**COMPLETING ALL DISCOVERY:**

Friday, August 18, 2006

(a) DOCUMENT PRODUCTION:

Friday, August 18, 2006

(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:

Friday, August 18, 2006

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:

Friday, June 16, 2006

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:

Tuesday, July 18, 2006

(3) EXPERT WITNESS DEPOSITIONS:

Friday, August 18, 2006

**FILING DISPOSITIVE MOTIONS:**

Monday, September 18, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

2

This case is set for NON-JURY trial, and the trial is expected to last 2-3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_Diane K. Vescovo_
HONORABLE DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: _December 19, 2005_

SUBMITTED BY:

FORD & HARRISON LLP
795 Ridge Lake Blvd., Ste. 300
Memphis, TN 38120
(901) 291-1500 telephone
(901) 291-1501 facsimile

_Emily Pry_
Herbert E. Gerson (BPR # 8256)
Timothy S. Bland (BPR #015376)

3

Emily C. Pera (BPR #023830)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on the _____ day of December, 2005, a copy of the foregoing Answer was served, via U.S. Mail, first class, postage prepaid, upon:

        Milton Stewart (*Pro Se* Plaintiff)
        1005 Breedlove
        Memphis, TN  38107

_____

MEMPHIS:158389.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02302 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Timothy S. Bland
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Emily Christin Pera
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Milton Stewart
1157 Breedlove
Memphis, TN 38107

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Diane Vescovo
US DISTRICT COURT