UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

## MILTON STEWART,

    **PLAINTIFF(S)**                          **JUDGMENT IN A CIVIL CASE**

**VS**

**KTG (USA) LP,**                            **CASE NO: 05-2302-V**

    **DEFENDANT(S)**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion To Dismiss Complaint For Failure To Comply With Court Order, entered on September 8, 2006. This cause is dismissed with prejudice under Rule 37 and Rule 41(b).

**APPROVED:**

s/Diane K. Vescovo
**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

 **September 8, 2006**                        **Thomas M. Gould**
**Date**                                      **Clerk of Court**

                                             **S/Betty Guy**
                                             **(By)  Deputy Clerk**